**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

WALLACE T. ROBINSON,                                                          PLAINTIFF
ADC #169328

V.                                          4:21CV00235-JM-JTK

JOE PAGE, III, et al.                                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case is DISMISSED with prejudice.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying

Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 14th day of April, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1